**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In re:<br><br>RONALD D DOTZAUER,<br><br>                   Debtor. | No. 24-10052<br><br>ADV. NO. |
| JOHN OCEGUERA,<br><br>                   Plaintiff,<br><br>v.<br><br>RONALD D DOTZAUER,<br><br>                   Defendant. | COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT |

JOHN OCEGUERA, Plaintiff herein, complain and allege as follows:

1. Defendant Ronald D Dotzauer (hereafter, "Dotzauer" or "the Debtor") is the Debtor in the underlying Chapter 11 bankruptcy proceeding.

COMPLAINT - Page 1 of 4

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 24-01036-TWD    Doc 1    Filed 06/14/24    Ent. 06/14/24 15:59:35    Pg. 1 of 4

2. Plaintiff John Oceguera ("Oceguera" or "Plaintiff") is a prepetition creditor of Dotzauer, as defined by 11 USC § 101(10).

3. This is an adversary proceeding to determine the dischargeability of Dotzauer's debt to Oceguera, pursuant to 11 USC § 523(a).

4. This Court has jurisdiction over this adversary proceeding pursuant to 28 USC § 1334(b) and 28 USC § 157(a). The Bankruptcy Court has the authority under applicable law to enter a final order or judgment in this action. The Plaintiff consent to entry of a final order or judgment by the bankruptcy judge.

## FACTUAL ALLEGATIONS REGARDING CLAIM

5. Prepetition, Dotzauer was the owner, director and president of Strategies 360, Inc., a Washington corporation ("Strategies 360"). Dotzauer owned 100% of the stock in Strategies 360 until August 25, 2023.

6. On August 25, 2023, Dotzauer sold Oceguera a five percent (5%) interest (the "Interest") in Strategies 360 for $2 million with the knowledge that Oceguera borrowed the entire $2 million.

7. As part of the purchase and sale of the Interest, Dotzauer was, among other obligations, to re-pay Oceguera for the $2 million plus interest for the purchase of the Interest.

8. At the time of the purchase and sale of the Interest, Eric Sorenson, former owner and co-founder of Strategies 360, had obtained a $6 million judgment against both Strategies 360 and Dotzauer (the "Sorenson Judgment").

9. Prior to the purchase and sale of the Interest, Oceguera inquired about the Sorenson Judgment and Dotzauer assured Oceguera that Dotzauer had arranged for a solution to resolve or pay the Sorenson Judgment.

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

10. As part of the purchase and sale of the Interest, Dotzauer delivered numerous documents to Oceguera. One of those documents was the Stock Purchase Agreement dated August 25, 2023, by and between Oceguera, Dotzauer and Strategies 360 (the "Stock Purchase Agreement"). The Stock Purchase Agreement purported to contain exhibits reflecting the assets, liabilities and financial condition of Strategies 360 (the "Exhibits"). The Exhibits were never delivered.

11. Strategies 360 and Dotzauer had no solution for the Sorenson Judgment and filed a petition under Chapter 11 on November 27, 2023.

12. Oceguera relied on Dotzauer's representation about having a solution for the Sorenson judgment in order to obligate himself to a $2 million loan, purchase the Interest and contract to receive repayment of the amount delivered for the Interest, plus interest thereon.

13. Oceguera relied on the written representations in the Stock Purchase Agreement which utilize the Exhibits and purport to represent that Strategies 360 owned real property and intellectual property and upon references to audited financial statements which led Oceguera to believe that Strategies 360 had and would deliver acceptable audited financial statements.

14. Dotzauer filed a petition under Chapter 11 on January 11, 2024. The deadline for Oceguera to file a complaint under § 523 of the Bankruptcy Code, as extended by agreement of the parties and order of the Bankruptcy Court, has not yet passed. This action is timely under Federal Rule of Bankruptcy Procedure 4007(c), in that it is being commenced prior to the June 15, 2024, deadline for filing challenges to discharge.

## CAUSES OF ACTION

15. Defendant, both personally, and in his capacity as President, sole director and owner of Strategies 360, made false and misleading representations to the Plaintiff, in connection with the sale

COMPLAINT - Page 3 of 4

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 24-01036-TWD    Doc 1    Filed 06/14/24    Ent. 06/14/24 15:59:35    Pg. 3 of 4

of an Interest in Strategies 360 and supplied Plaintiff with written documents that materially, falsely representing the financial condition of Strategies 360.

16. Dotzauer knew these representations were false.

17. Dotzauer knew the written documents were materially false and provided them with the intent to deceive Oceguera.

18. Oceguera justifiably relied on the Debtor's representations being truthful and on the written documents being accurate.

19. Oceguera suffered damages as a result of the Debtors' fraud and misrepresentations. The damages, including interest and attorney's fees exceed $2 million.

20. The $2 million plus interest and attorney's fees owed by Dotzauer to the Plaintiff should be excepted from discharge pursuant to 11 USC § 523(a)(2)(A) and (B).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff seek an order as follows:

A. Determining that Plaintiff' claim, in an amount equal to $2 million plus interest, should be excepted from any discharge otherwise awarded to the Debtor;

B. Awarding Plaintiff his costs, including the filing fee, and any attorney's fees permitted under applicable law; and

C. Such other relief as the Court deems just and equitable.

DATED June 14, 2024.

WENOKUR RIORDAN PLLC

*/s/ Nathan Riordan*

Nathan Riordan, WSBA # 33926
Attorney for Plaintiff

COMPLAINT - Page 4 of 4

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 24-01036-TWD    Doc 1    Filed 06/14/24    Ent. 06/14/24 15:59:35    Pg. 4 of 4