Hon. Timothy W. Dore
Ch. 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In re:

RONALD D. DOTZAUER,

    Debtor.

JOHN OCEGUERA,

    Plaintiff,

v.

RONALD D. DOTZAUER,

    Defendant.

Case No. 24-10052-TWD

Adversary Case No. 24-01036-TWD

**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Ronald D. Dotzauer, the debtor in this Chapter 11 proceeding ("Dotzauer"), by and through his attorneys of record, answers the Complaint to Determine Dischargeability of Debt (the "Complaint") filed by John Oceguera ("Oceguera") as follows:

1. Admitted.

2. Dotzauer admits only that Oceguera has filed a claim in this proceeding, and denies the remaining allegations of Paragraph 2.

3. Admitted.

ANSWER TO COMPLAINT - 1

Snell & Wilmer
600 University Street, Suite 310
Seattle, WA 98101
206.741.1420

4. Dotzauer admits that this Court has jurisdiction over Oceguera's claims as asserted, and denies the remaining allegations of Paragraph 4. Dotzauer does not consent to the Bankruptcy Court's entry of final judgment at this time.

5. Dotzauer admits only that, as of August 25, 2023, he was the sole shareholder, director, and president of Strategies 360, Inc. ("S360"), and denies the remaining allegations of Paragraph 5.

6. Dotzauer admits only that he and Oceguera entered into that certain Stock Purchase Agreement dated as of August 25, 2023, and denies the remaining allegations of Paragraph 6.

7. Dotzauer admits only that any obligation to "re-pay" Oceguera was subject to certain conditions that have not yet been satisfied, and denies the remaining allegations of Paragraph 7.

8. Denied.

9. Denied.

10. Dotzauer admits only that he and Oceguera entered into that certain Stock Purchase Agreement dated as of August 25, 2023 and that the exhibits to which that document refers either were not generated or are missing. Dotzauer denies the remaining allegations of Paragraph 10.

11. Dotzauer admits only that S360 filed a petition under Chapter 11 on November 27, 2023, and denies the remaining allegations of Paragraph 11.

12. Dotzauer does not know what Oceguera may have mistakenly thought, believed, or relied upon, and denies the allegations of Paragraph 12.

13. Dotzauer does not know what Oceguera may have mistakenly thought, believed, or relied upon, and denies the allegations of Paragraph 13.

14. Admitted.

15. Denied.

ANSWER TO COMPLAINT - 2

Snell & Wilmer
600 University Street, Suite 310
Seattle, WA 98101
206.741.1420

Case 24-01036-TWD    Doc 8    Filed 09/03/24    Ent. 09/03/24 14:32:41    Pg. 2 of 4

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

## AFFIRMATIVE DEFENSES

In further answer to Plaintiff's Complaint, and by way of affirmative defenses, Dotzauer alleges as follows:

1. Oceguera's Complaint fails to state a claim upon which relief can be granted under 11 U.S.C.§ 523(a)(2)(A) and (B).

2. Oceguera's Complaint fails to plead with particularity the factual basis for his claims under 11 U.S.C. § 523(a)(2)(A) and (B) as required under Fed. R. Bankr. P. 7009.

## PRAYER FOR RELIEF

WHEREFORE, having answered, Dotzauer respectfully requests the following relief:

1. Dismissal of Plaintiff's claims with prejudice;

2. Attorney fees and costs as may be allowed by law or equity; and

3. Such other relief as the Court deems just and proper.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

ANSWER TO COMPLAINT - 3

Snell & Wilmer
600 University Street, Suite 310
Seattle, WA 98101
206.741.1420

| | | |
|---|---|---|
| 1 | Dated: September 3, 2024 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | By: *s/Bradley R. Duncan* |
| 4 | | Bradley R. Duncan, WSBA #36436<br>Josh A. Rataezyk, WSBA #33046 |
| 5 | | 600 University St., Suite 310<br>Seattle, WA 98101 |
| 6 | | Phone: (206) 741-1420<br>bduncan@swlaw.com; |
| 7 | | jrataezyk@swlaw.com |
| 8 | | *Attorneys for Defendant Ronald D. Dotzauer* |

4882-5979-5422

ANSWER TO COMPLAINT - 4