Hon. Timothy Dore
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>RONALD D DOTZAUER,<br><br>                      Debtor.<br><br>JOHN OCEGUERA,<br><br>                      Plaintiff,<br><br>v.<br><br>RONALD D DOTZAUER,<br><br>                      Defendant. | No. 24-10052<br><br>ADV. NO. 24-01036-TWD<br><br>STIPULATION TO STRIKE TRIAL DATE, STAY DISCOVERY AND ALL LITIGATION |

THIS MATTER comes before the Court on Stipulation of John Oceguera ("Plaintiff") and Ronald D. Dotzauer ("Defendant") each by and through their attorneys of record. The parties stipulate as follows:

STIPULATION TO STRIKE TRIAL DATE, STAY DISCOVERY AND ALL LITIGATION - Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

The parties mutually agree that the trial date is stricken, and all litigation and discovery are stayed until January 13, 2025, at which time the parties will return to the Court for a subsequent extension or a new trial date and scheduling order.

DATED September 24, 2024

Presented by:
WENOKUR RIORDAN PLLC
*/s/ Nathan Riordan*
Catherine Reny, WSBA #33926
Attorney for Plaintiff John Oceguera

SNELL & WILMER L.L.P.
*s/Bradley R. Duncan*
Bradley R. Duncan, WSBA #36436
Josh A. Rataezyk, WSBA #33046

## ORDER

Based on the above stipulation of the parties noted above in this case and matter, and the Court having reviewed the files and records herein, it is NOW hereby ORDERED and DECREED that:

1. The trial date is stricken, and all litigation and discovery are stayed until January 13, 2025.

DONE IN OPEN COURT this ___ day of _____ 2024.

_____

Judge/Court Commissioner

STIPULATION TO STRIKE TRIAL DATE, STAY DISCOVERY AND ALL LITIGATION - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 24-01036-TWD    Doc 12    Filed 09/25/24    Ent. 09/25/24 11:31:04    Pg. 2 of 2