Entered on Docket January 10, 2025

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | |
| RONALD D. DOTZAUER, | Bankruptcy No. 24-10052-TWD |
| Debtor. | |
| JOHN OCEGUERA, | Adversary No. 24-01036-TWD |
| Plaintiff, | |
| v. | **ORDER EXTENDING STAY OF PROCEEDING** |
| RONALD D. DOTZAUER, | |
| Defendant. | |

    This matter came before the Court on the parties' second stipulated motion to stay this proceeding [Docket No. 14] ("Motion"). The Court has reviewed and considered the Motion and the records and files in this proceeding. The Court finds cause to further extend the stay of this proceeding.

ORDER EXTENDING STAY OF PROCEEDING - 1

1     It is ORDERED that this proceeding is stayed. No later than March 31, 2025, the parties shall file a document requesting either a further extension of the stay or a new trial scheduling order.

/ / / End of Order / / /